UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X

EVA RIVAS, ET AL,

    Plaintiff,

v.

THE HERSHEY COMPANY,

    Defendant.

------------------------------------- X

Case No. 19-cv-3379 (KAM)(SJB)

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, The Hershey Company, a non-governmental entity, by and through its attorneys, Perkins Coie LLP, certifies as follows:

There is no parent corporation and there are no publicly held corporations owning 10% or more of The Hershey Company's stock.

PLEASE TAKE NOTICE, in the event that further information becomes available, Defendant reserves its rights to supplement this disclosure at any time up to the time of trial.

Dated:  October 29, 2019

Respectfully submitted,

**PERKINS COIE LLP**
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
212.262.6900

By: */s/ Dennis C. Hopkins*
Dennis C. Hopkins, DH3767
DHopkins@perkinscoie.com

*Attorneys for The Hershey Company*