# EXHIBIT "B"

## "WHITE CHOCOLATE" CONSUMER SURVEY

### Objective

A marketing survey was conducted in February, 1990 to determine the most common name used by adult candy consumers when shown a variety of confection products, including a generic white confection bar.

### Methodology

- Personal interviews were conducted with 216 adults who eat candy regularly

- Sample was balanced by gender and geographic region (four dispersed locations--Chicago, Denver, Philadelphia, and Richmond)

- Samples were presented to consumers in a balanced order

- After an introductory background statement on how people use different names for the same product, respondents were shown a product and asked what they would call it

- Procedure was repeated for two or more products--jelly beans, lollipops, and a generic white confection bar

### Summary of Results

- Over 61% of respondents used the term "white chocolate" in describing the white confection bar they were shown (white chocolate, white block chocolate, white chocolate squares, white chocolate bar, white milk chocolate)

- An additional 10% indicated association of the product to chocolate in their responses (chocolate, Hershey/Hershey Bar, vanilla chocolate, etc.)

### Conclusion

Based on these results, it appears that the majority of candy consumers tend to identify white confection as either "white chocolate" specifically or as some variety of chocolate.

EXHIBIT E

Names Given For White Chocolate

|  | % |
|---|---|
| White chocolate/white block chocolate/white chocolate squares/white chocolate bar | 58.8 |
| White milk chocolate | 2.3 |
| White Hershey | 0.5 |
| White Alpine | 0.9 |
| Hershey/Hershey Bar | 2.3 |
| Chocolate/chocolate squares/chocolate bar | 4.2 |
| Chocolate w/filling | 0.5 |
| Vanilla chocolate | 0.5 |
| Bitter chocolate | 0.5 |
| Bleached chocolate | 0.5 |
| White fudge/vanilla fudge | 4.2 |
| Fudge (non-specific) | 4.2 |
| White candy/vanilla candy | 1.9 |
| White Oak | 0.5 |
| Butter candy/butter cream | 2.3 |
| Candy bar/candy squares/candy blocks | 4.2 |
| Caramel/caramel squares | 2.3 |
| White mint | 0.9 |
| Mints/cream mints | 1.4 |
| Yogurt candy | 1.4 |
| Vanilla squares/piece of vanilla | 1.4 |
| Other | 3.7 |
| Don't know | 2.8 |

7719d